IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| STEVEN S. BEBKO | : | |
|    & | : | |
| DEBORAH M. BEBKO, | : | |
| | : | DOCKET NO.: 17-12728-AMC |
|          DEBTORS | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | OBJECTION TO PLAN |
| DEPARTMENT OF REVENUE, | : | |
| | : | |
|       MOVANT | : | HEARING DATE & TIME: |
| | : | OCTOBER 17, 2017, at 10:00 A.M. |
|     v. | : | |
| | : | |
| STEVEN S. BEBKO | : | |
|    & | : | |
| DEBORAH M. BEBKO, | : | |
| | : | RELATED TO DOCKET NO.: 19 |
|     RESPONDENTS | : | |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA
DEPARTMENT OF REVENUE'S OBJECTION TO
DEBTOR'S CHAPTER 13 PLAN

I, Joseph J. Swartz, certify under penalty of perjury that I served the above captioned

pleading Objection to Debtor's Chapter 13 Plan, on the parties at the below addresses, on

September 5, 2017, by:

**17-12728-AMC Notice will be electronically mailed to:**

John A. DiGiamberardino at jad@cdllawoffice.com, dmk@cdllawoffice.com,
reb@cdllawoffice.com

William C. Miller at ecfemails@ph13trustee.com, philaecf@gmail.com

Joseph J. Swartz at RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us

United States Trustee at USTPRegion03.PH.ECF@usdoj.gov

Matteo Samuel Weiner at bkgroup@kmllawgroup.com

**17-12728-AMC Notice will not be electronically mailed to:**

Commonwealth of PA UCTS
Room 702
651 Boas Street
Harrisburg, PA  17121

EXECUTED ON:  September 6, 2017

Respectfully submitted by,

By:   /s/ Joseph J. Swartz
Counsel
PA Department of Revenue
Office of Chief Counsel
P.O. Box 281061
Harrisburg, PA 17128-1061
PA Attorney I.D.:  309233
Phone: (717) 346-4645
Facsimile: (717) 772-1459
JoseSwartz@pa.gov

2