IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  STEVEN S. AND DEBORAH M. BEBKO,  : Chapter 13
                            Debtors  : Case No.  17-12728

## NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

Steven S. and Deborah M. Bebko, debtors, have filed an Objection to the Proof of Claim you filed in this bankruptcy case.

Your claim may be reduced, modified, or eliminated.  You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the court to eliminate or change your claim, you or your lawyer must attend the hearing on the Objection scheduled to be held before the Honorable Ashely M. Chan, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, courtroom 5, Philadelphia, PA 19107 on November 28, 2017, at 11:00 a.m. If you or your attorney do not attend the hearing on the Objection, the court may decide that you do not oppose the Objection to your claim.

Date:   10/17/17

                                              **CASE & DIGIAMBERARDINO, P.C.**

                        By:    s/John A. DiGiamberardino, Esquire
                               Attorney I.D. #41268
                               845 N. Park Road, Ste. 101
                               Wyomissing, PA  19610
                               (610) 372-9900
                               (610) 372-5469 -f ax
                               Attorney for Debtor