IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              : Chapter 13
    STEVEN S. AND DEBORAH      :
    BEBKO,                     :
                                       : Bankruptcy No. 17-12728 amc
          Debtor.          :
                                       :

## CERTIFICATE OF SERVICE

      I hereby certify that on November 24, 2017, I caused a true and correct copy of the foregoing Response To Objection To Allowance Of Claim 4 Filed By Department Of The Treasury – Internal Revenue Service to be served upon the following by electronically filing to the Bankruptcy Court on this date:

    John A. Digiamberardino
    Case & DiGiamberardino, P.C.
    845 North Park Road, Suite 101
    Wyomissing PA 19610
    *Counsel for debtor Stephen & Deborah Bebko*

    United States Trustee
    Office of the U.S. Trustee
    822 Chestnut Street, Suite 500
    Philadelphia PA 19107

    William C. Miller, Esq.
    Chapter 13 Trustee
    1234 Market Street, Suite 1813
    Philadelphia PA 19107

                                      /s/ Anthony St. Joseph
                                      ANTHONY ST. JOSEPH
                                      Assistant United States Attorney
                                      615 Chestnut Street, Suite 1250
                                      Philadelphia, PA 19106
                                      (215) 861-8267 [phone]
                                      (215) 861-8618 [fax]
                                      *Anthony.stjoseph@usdoj.gov*