## CERTIFICATION OF DEBTOR
## REGARDING MONTHLY REPORT

Debtor: _Steven S. Bebko_
Chapter 13 Case No.: _17-12728_

I, _Steven S. Bebko_, declare under penalty of perjury that the following information is true and correct:

1. I am the business debtor in the above referenced matter.

2. I have completed and attached a Monthly Financial Report for the month of _Sept._, 20_17_

3. All of the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.

Date: _Oct 1 2017_                             X _[signature]_
                                                          Debtor

*YOU ARE REQUIRED TO COMPLETE A MONTHLY FINANCIAL REPORT FOR FIRST MONTH YOU FILED FOR BANKRUPTCY AND RETURN IT IMMEDIATELY WITH THE OTHER ATTACHED PAPERWORK.

** YOU ARE ALSO REQUIRED TO FILL OUT MONTHLY FINANCIAL REPORTS FOR EACH AND EVERY MONTH AFTER YOU FILED YOUR PETITION UNTIL YOUR PLAN IS CONFIRMED BY THE COURT. PLEASE MAKE PHOTOCOPIES OF THE ATTACHED MONTHLY FINANCIAL REPORT FORM, AS NEEDED.

*** FAILURE TO PROVIDE THE MONTHLY FINANCIAL REPORTS AS STATED ABOVE WILL HOLD UP THE CONFIRMATION OF YOUR CASE AND POSSIBLY CAUSE YOUR CASE TO BE DISMISSED.

# MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

Debtor Name: Steven S. Bebko
Case No: 17-12728
Business Name: Solid Surface by Bebko
For the Month & Year (1/05, etc.): Sept 2017

**BUSINESS INCOME:**
| | | |
|---|---|---|
| (1) | Actual Income from Sales & Service | $ 16,816.00 |
| (2) | Other (Specify) | $ |
| (3) | Other (Specify) | $ |
| (4) | Total Actual Income (1+2+3) | $ 16,216.00 |

**ACTUAL BUSINESS EXPENSE PAID**
| | | | |
|---|---|---|---|
| (5) | Rent/Lease | $ 645.00 | storage 70.00  main 570 |
| (6) | Utilities (Electricity, Gas, Water&Sewer) | $ | |
| (7) | Telephone | $ 1046.00 | cell 669  reg 377 |
| (8) | Insurance | $ 380.00 | w/c Liability |
| (9) | Wages for Employees | $ 1177.00 | |
| (10) | Wages for Self/Owner(s) | $ | |
| (11) | Taxes | $ | |
| (12) | Gas and Fuel for Business Vehicles | $ 393.00 | |
| (13) | Other (Specify) stock supply | $ 079.00 | Tools 495.00 |
| (14) | Other (Specify) Auto repair | $ 56.00 | Auto Loan 863.00 |
| (15) | Other (Specify) Office Exp | $ 985.00 | Accountant 93.00 |
| (16) | Total Actual Business Expenses Paid Or (sum of 5 through 16) | $ 15,822 | Material 9680.00 |

| | | |
|---|---|---|
| (17) | Net Business Income/Loss (line 4-Line 16) | $ 387.00 |
| (18) | Net Wages From Regular Employment-Deb | $ |
| (19) | Net Wages From Regular Employment-Spc | $ 1190.00 |
| (20) | Amount Carried Over From Last Month | $ 4855.00 |
| (21) | Total Net Monthly Income (sum of 17 thr | $ 6432.00 |

**PERSONAL:**
| | | |
|---|---|---|
| (22) | Rent/Mortgage | $ 1120.00 |
| (23) | Utilities (gas, electric, water, sewer, fuel) | $ 337.00 |
| (24) | Telephone | $ 530.00 |
| (25) | Food | $ 420.00 |
| (26) | Transportation (fuel, tolls, parking) | $ 152.00 |
| (27) | Other (specify) medical | $ 636.00 |
| (28) | Other (specify) Home Repair | $ 262.00 |
| (29) | Other (specify) | $ |
| (30) | Other (specify) | $ |
| (31) | Other (specify) | $ |
| (32) | Total Actual Personal Expenses Paid (22 | $ 3457.00 |

**NET INCOME (LOSS)**
| | | |
|---|---|---|
| (33) | Gross Excess Income (line 21 - line 32) | $ 2981.00 |
| (34) | MONTHLY CHAPTER 13 PLAN PAYMENT | $ 1100.00 |
| (35) | Net Excess Income (line 33 - line 34) | $ 1881 |

carry amount on line 35 to next month line 20

**EXHIBIT D**

## CERTIFICATION OF DEBTOR
## REGARDING MONTHLY REPORT

Debtor: _Steven S. Bebko_
Chapter 13 Case No.: _17-12728_

I, _Steven S. Bebko_, declare under penalty of perjury that the following information is true and correct:

1. I am the business debtor in the above referenced matter.

2. I have completed and attached a Monthly Financial Report for the month of _Oct_, 20_17_

3. All of the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.

Date: _Nov 1 2017_                                    X _[signature]_
                                                              Debtor

*YOU ARE REQUIRED TO COMPLETE A MONTHLY FINANCIAL REPORT FOR FIRST MONTH YOU FILED FOR BANKRUPTCY AND RETURN IT IMMEDIATELY WITH THE OTHER ATTACHED PAPERWORK.

** YOU ARE ALSO REQUIRED TO FILL OUT MONTHLY FINANCIAL REPORTS FOR EACH AND EVERY MONTH AFTER YOU FILED YOUR PETITION UNTIL YOUR PLAN IS CONFIRMED BY THE COURT. PLEASE MAKE PHOTOCOPIES OF THE ATTACHED MONTHLY FINANCIAL REPORT FORM, AS NEEDED.

*** FAILURE TO PROVIDE THE MONTHLY FINANCIAL REPORTS AS STATED ABOVE WILL HOLD UP THE CONFIRMATION OF YOUR CASE AND POSSIBLY CAUSE YOUR CASE TO BE DISMISSED.

# MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

Debtor Name: Steven S. Bebko
Case No: 17-12728
Business Name: Solid Surface by Bebko
For the Month & Year (1/05, etc.): Oct 2017

**BUSINESS INCOME:**
(1) Actual Income from Sales & Service  $ 37,219.00
(2) Other (Specify)  $
(3) Other (Specify)  $
(4) Total Actual Income (1+2+3)  $ 37,219.00

**ACTUAL BUSINESS EXPENSE PAID**
(5) Rent/Lease  $ 1,445.00
(6) Utilities (Electricity, Gas, Water&Sewer)  $ 1,075.00
(7) Telephone  $ 1,090.00
(8) Insurance  $ 322.00
(9) Wages for Employees  $ 478.00
(10) Wages for Self/Owner(s)  $
(11) Taxes  $
(12) Gas and Fuel for Business Vehicles  $ 246.00
(13) Other (Specify) E-Pass  $ 105.00
(14) Other (Specify) Tools Equip  $ 228.00
(15) Other (Specify) Sub Contr  $ 1,100.00
(16) Total Actual Business Expenses Paid Out  $ 13,854.00
(sum of 5 through 16)

(17) Net Business Income/Loss (line 4 - Line 16)  $ 22,365.00
(18) Net Wages From Regular Employment-Deb  $
(19) Net Wages From Regular Employment-Spx  $ 1,190.00
(20) Amount Carried Over From Last Month  $ 1,880.00
(21) Total Net Monthly Income (sum of 17 thru)  $ 25,436.00

**PERSONAL**
(22) Rent/Mortgage  $ 1,120.00
(23) Utilities (gas, electric, water, sewer, fuel)  $ 218.00
(24) Telephone  $ 313.00
(25) Food  $ 675.00
(26) Transportation (fuel, tolls, parking)  $ 39.00
(27) Other (specify) Auto Ins.  $ 404.00
(28) Other (specify) Med Exper  $ 1,306.00
(29) Other (specify) Propane  $ 297.00
(30) Other (specify) Loc Taxes  $ 770.00
(31) Other (specify) Roof Repair  $ 2,500.00
(32) Total Actual Personal Expenses Paid (22  $ 7,722.00

**NET INCOME (LOSS)**
(33) Gross Excess Income (line 21 - line 32)  $ 17,714.00
(34) MONTHLY CHAPTER 13 PLAN PAYMENT  $ 1,100.00
(35) Net Excess Income (line 33 - line 34)  $ 16,614.00
carry amount on line 35 to next month line 20

Side notes:
345 Storage  1100 Reg
342 Office  745 Cell
248 W/C  74 Linds

Accoun. 106.00
Stock Supp 112.00
Auto Repair 104.00
Office 42.00
Propane 10.00
Advertis 296.00
Materials 7,102.00

**EXHIBIT D**

## CERTIFICATION OF DEBTOR
## REGARDING MONTHLY REPORT

Debtor: _Steven S. Bebko_
Chapter 13 Case No.: _17-12728_

I, _Steven S. Bebko_, declare under penalty of perjury that the following information is true and correct:

1. I am the business debtor in the above referenced matter.

2. I have completed and attached a Monthly Financial Report for the month of _Nov_, 20_17_

3. All of the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.

Date: _1 Dec 2017_                       X _____
                                                        Debtor

*YOU ARE REQUIRED TO COMPLETE A MONTHLY FINANCIAL REPORT FOR FIRST MONTH YOU FILED FOR BANKRUPTCY AND RETURN IT IMMEDIATELY WITH THE OTHER ATTACHED PAPERWORK.

** YOU ARE ALSO REQUIRED TO FILL OUT MONTHLY FINANCIAL REPORTS FOR EACH AND EVERY MONTH AFTER YOU FILED YOUR PETITION UNTIL YOUR PLAN IS CONFIRMED BY THE COURT. PLEASE MAKE PHOTOCOPIES OF THE ATTACHED MONTHLY FINANCIAL REPORT FORM, AS NEEDED.

*** FAILURE TO PROVIDE THE MONTHLY FINANCIAL REPORTS AS STATED ABOVE WILL HOLD UP THE CONFIRMATION OF YOUR CASE AND POSSIBLY CAUSE YOUR CASE TO BE DISMISSED.

# MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

Debtor Name: Steven S. Bebko
Case No: 17-12728
Business Name: Solid Surface by Bebko
For the Month & Year (1/05, etc.): Nov 2017

**BUSINESS INCOME:**
- (1) Actual Income from Sales & Service  $ 21361.00
- (2) Other (Specify)  $
- (3) Other (Specify)  $
- (4) Total Actual Income (1+2+3)  $ 21361.00

**ACTUAL BUSINESS EXPENSE PAID**
- (5) Rent/Lease  $ 645.00         575 Reg  70 Storm
- (6) Utilities (Electricity, Gas, Water&Sewer)  $         271.00 Elec  704.00 cell/internet
- (7) Telephone  $ 975.00          Auto 153  w/c 248  Lib 74.00
- (8) Insurance  $ 475.00
- (9) Wages for Employees  $ 607.00
- (10) Wages for Self/Owner(s)  $
- (11) Taxes  $
- (12) Gas and Fuel for Business Vehicles  $ 283.00     Office xpn 335.00
- (13) Other (Specify) Tools  $ 167.00                   condo 250.00
- (14) Other (Specify) Stock Supply  $ 1159.00           Adv 845.00
- (15) Other (Specify) Auto Repair  $ 72.00              Auto Loan 400.00
- (16) Total Actual Business Expenses Paid Or  $ 13111.00   Acct 138.00
    (sum of 5 through 16)                                Mtrls 93.55

- (17) Net Business Income/Loss (line 4-Line 16)  $ 8550.00
- (18) Net Wages From Regular Employment-Deb  $
- (19) Net Wages From Regular Employment-Spc  $ 1190.00
- (20) Amount Carried Over From Last Month  $ 16614.00
- (21) Total Net Monthly Income (sum of 17 thr  $ 26054.00

**PERSONAL:**
- (22) Rent/Mortgage  $ 1025.00
- (23) Utilities (gas, electric, water, sewer, fuel)  $ 265
- (24) Telephone  $
- (25) Food  $
- (26) Transportation (fuel, tolls, parking)  $
- (27) Other (specify) Repair Home  $ 2693         Auto xpn 450.00
- (28) Other (specify) Propa  $ 465                Emer 621.00
- (29) Other (specify) Don+Vlo  $ 500.00           Arons on off 54.00
- (30) Other (specify) med xpens  $ 480.00         Credit Q 218
- (31) Other (specify) Life Ins  $ 119.00          Wedding 3000.00
- (32) Total Actual Personal Expenses Paid (22  $ 9467.00

**NET INCOME (LOSS)**
- (33) Gross Excess Income (line 21 - line 32)  $ 16567.00
- (34) MONTHLY CHAPTER 13 PLAN PAYMENT  $ 1100
- (35) Net Excess Income (line 33 - line 34)  $ 15467.00
    carry amount on line 35 to next month line 20

**EXHIBIT D**