## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Deborah M. Bebko<br>        Steven S. Bebko dba Solid Surface by Bebko<br>                                Debtors | CHAPTER 13 |
| Fay Servicing, LLC, as Servicer for Wilmington Trust,<br>its successors and/or assigns<br>                                Movant<br>              vs. | NO. 17-12728 AMC |
| Deborah M. Bebko<br>Steven S. Bebko dba Solid Surface by Bebko<br>                                Debtors<br><br>William C. Miller Esq.<br>                                Trustee | 11 U.S.C. Section 362 |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Fay Servicing, LLC, as Servicer for Wilmington Trust, which was filed with the Court on or about **July 19, 2017** document No. 18.

Respectfully submitted,

**/s/ Kevin G. McDonald, Esquire**
Kevin G. McDonald, Esquire
kmcdonald@kmllawgroup.com
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

February 7, 2018