IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  STEVEN S. AND DEBORAH M. BEBKO,   : Chapter 13
           Debtors   : Case No. 17-12728

## ORDER

Upon consideration of the Application for Allowance of Compensation of John A. DiGiamberardino, Esquire, pursuant to Section 331 of the United States Bankruptcy Code, it is Ordered that the aforesaid application for counsel fees is approved in the amount of $3,221.91 and advanced costs in the amount of $278.09.

BY THE COURT:

**Date: March 26, 2018**

_____
Ashely M. Chan
United States Bankruptcy Judge