United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Steven S. Bebko  
Deborah M. Bebko  
       Debtors

Case No. 17-12728-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Mar 26, 2018  
Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2018.  
db/jdb     +Steven S. Bebko,    Deborah M. Bebko,    115 E. Walnut Street,    Ephrata, PA 17522-2242

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2018 at the address(es) listed below:
      ANTHONY ST. JOSEPH    on behalf of Defendant    U.S. Dept. of HUD anthony.stjoseph@usdoj.gov, mardella.suarez@usdoj.gov  
      ANTHONY ST. JOSEPH    on behalf of Defendant    United States Department of Housing and Urban Development anthony.stjoseph@usdoj.gov, mardella.suarez@usdoj.gov  
      ANTHONY ST. JOSEPH    on behalf of Creditor    INTERNAL REVENUE SERVICE anthony.stjoseph@usdoj.gov, mardella.suarez@usdoj.gov  
      JOHN A. DIGIAMBERARDINO    on behalf of Debtor Steven S. Bebko jad@cdllawoffice.com, dmk@cdllawoffice.com,reb@cdllawoffice.com  
      JOHN A. DIGIAMBERARDINO    on behalf of Plaintiff Steven S. Bebko jad@cdllawoffice.com, dmk@cdllawoffice.com,reb@cdllawoffice.com  
      JOHN A. DIGIAMBERARDINO    on behalf of Plaintiff Deborah M. Bebko jad@cdllawoffice.com, dmk@cdllawoffice.com,reb@cdllawoffice.com  
      JOHN A. DIGIAMBERARDINO    on behalf of Joint Debtor Deborah M. Bebko jad@cdllawoffice.com, dmk@cdllawoffice.com,reb@cdllawoffice.com  
      JOSEPH JASPER SWARTZ    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us  
      KEVIN G. MCDONALD    on behalf of Creditor    Fay Servicing, LLC, as Servicer for Wilmington Trust KMcDonald@blankrome.com  
      MATTEO SAMUEL WEINER    on behalf of Creditor    Fay Servicing, LLC, as Servicer for Wilmington Trust bkgroup@kmllawgroup.com  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                                                     TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  STEVEN S. AND DEBORAH M. BEBKO,   : Chapter 13
                Debtors   : Case No. 17-12728

## ORDER

Upon consideration of the Application for Allowance of Compensation of John A. DiGiamberardino, Esquire, pursuant to Section 331 of the United States Bankruptcy Code, it is Ordered that the aforesaid application for counsel fees is approved in the amount of $3,221.91 and advanced costs in the amount of $278.09.

BY THE COURT:

**Date: March 26, 2018**    _____
                                    Ashely M. Chan
                                    United States Bankruptcy Judge