# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-12728-AMC

STEVEN S. BEBKO
DEBORAH M. BEBKO
115 E. WALNUT STREET

EPHRATA, PA 17522

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    STEVEN S. BEBKO
    DEBORAH M. BEBKO
    115 E. WALNUT STREET

    EPHRATA, PA 17522

Counsel for debtor(s), by electronic notice only.

    JOHN A DIGIAMBERARDINO
    CASE, DIGIAMBERARDINO, & LUTZ PC
    845 N PARK RD, SUITE 101
    WYOMISSING, PA 19610-

/S/ William C. Miller

Date: 6/22/2018

William C. Miller, Esquire
Chapter 13 Standing Trustee