# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                           Chapter 13

                                           Bankruptcy No. 17-12728-AMC

STEVEN S. BEBKO
DEBORAH M. BEBKO
115 E. WALNUT STREET

EPHRATA, PA 17522

        Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

   Debtor(s), at the address listed, by first class mail.

     STEVEN S. BEBKO
     DEBORAH M. BEBKO
     115 E. WALNUT STREET

     EPHRATA, PA 17522

Counsel for debtor(s), by electronic notice only.

     JOHN A DIGIAMBERARDINO
     CASE, DIGIAMBERARDINO, & LUTZ PC
     845 N PARK RD, SUITE 101
     WYOMISSING, PA 19610-

/S/ William C. Miller

Date: 10/9/2018

William C. Miller, Esquire
Chapter 13 Standing Trustee