United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Steven S. Bebko  
Deborah M. Bebko  
    Debtors

Case No. 17-12728-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Jennifer     Page 1 of 2     Date Rcvd: May 21, 2019  
                         Form ID: pdf900     Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2019.
```
db/jdb         +Steven S. Bebko,    Deborah M. Bebko,    115 E. Walnut Street,    Ephrata, PA 17522-2242
13903579       +Bureau Of Account Management,    3607 Rosemont Ave Suite 50,    Camp Hill, PA 17011-6904
13903580      ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
                (address filed with court: Caine & Weiner,    Po Box 5010,    Woodland Hills, CA 91365)
13915793       +Case & DiGiamberardino, P.C.,    845 N. Park Road,    Wyomissing, PA 19610-1342
13912925       +Case & DiGiamberardino, PC,    845 North Park Road,    Wyomissing, PA 19610-1342
13912926       +Cmwlth of PA - UC Fund,    Dept. of Labor and Industry,    651 Boas St., Room 702,
                Harrisburg, PA 17121-0751
13903584        Fay Servicing,    P.O. Box 809441,    Chicago, IL 60680-9441
13980159       +Fay Servicing, LLC,    Bankruptcy Department,    3000 Kellway Dr., Ste 150,
                Carrollton, TX 75006-3357
13903585       +I C System Inc,    P.O. Box 64378,    Saint Paul, MN 55164-0378
13903587        Kristine M. Anthou, Esquire,    Grenen & Birsic, P.C.,    One Gateway Center, 9th fl.,
                Pittsburgh, PA 15222
13937567       +Lancaster Gen Hospital,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,
                Dallas, TX 75380-0849
13903588       +Landis Auto,    4412 Oregon Pike,    Ephrata, PA 17522-9479
13903589       +Santander Consumer USA,    P.O. Box 961245,    Fort Worth, TX 76161-0244
13907192       +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                Washington, DC 20410-0002
13912927       +U.S. Dept. of HUD,    451 7th St. S.W.,    Washington, DC 20410-0001
13903590       +Wilmington Trust N.A.,    c/o MFResidential Assets I LLC,    350 Park Ave., 20th fl.,
                New York, NY 10022-6054
14276641        Wilmington Trust, National Association,    c/o Karina Velter, Esq.,    P O Box 165028,
                Columbus OH    43216-5028
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov May 22 2019 03:01:26     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 22 2019 03:01:09     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
NONE           +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us May 22 2019 03:01:46     Commonwealth of PA  UCTS,
                651 Boas Street, Room 702,    Harrisburg, PA 17121-0751
13966722        E-mail/Text: sara@cvcollection.com May 22 2019 03:01:03     COACHELLA VALLEY COLLECTION SERVICE,
                PO BOX 13621,    PALM DESERT, CA 92255-3621
13904035       +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us May 22 2019 03:01:46     COMMONWEALTH OF PA  UCTS,
                DEPARTMENT OF LABOR AND INDUSTRY,    COLLECTIONS SUPPORT UNIT,    651 BOAS STREET, ROOM 702,
                HARRISBURG, PA 17121-0751
13903581       +E-mail/Text: bankruptcy@usecapital.com May 22 2019 03:01:50     Capital Accounts,
                P.O. Box 140065,    Nashville, TN 37214-0065
13975146       +E-mail/Text: bankruptcy@cavps.com May 22 2019 03:01:06     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13903582       +E-mail/Text: sara@cvcollection.com May 22 2019 03:01:02     Coachella Value Collection Services,
                P.O. Box 13621,    Palm Desert, CA 92255-3621
13903583       +E-mail/Text: bankruptcy_notifications@ccsusa.com May 22 2019 03:01:44     Credit Collections,
                P.O. Box 607,    Norwood, MA 02062-0607
13903586        E-mail/Text: cio.bncmail@irs.gov May 22 2019 03:00:30     Internal Revenue Service,
                P.O. Box 7346,    Philadelphia, PA 19101-7346
13969025        E-mail/PDF: resurgentbknotifications@resurgent.com May 22 2019 03:02:30
                LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13949787        E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 22 2019 03:00:50
                Pennsylvania Department of Revenue,    Bankruptcy Division  PO Box 280946,
                Harrisburg PA  17128-0946
                                                                                               TOTAL: 12

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: Jennifer              Page 2 of 2                    Date Rcvd: May 21, 2019
                              Form ID: pdf900             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2019 at the address(es) listed below:
              ANTHONY  ST. JOSEPH    on behalf of Defendant    United States Department of Housing and Urban
               Development anthony.stjoseph@usdoj.gov,   mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov
              ANTHONY  ST. JOSEPH    on behalf of Creditor    INTERNAL REVENUE SERVICE anthony.stjoseph@usdoj.gov,
               mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov
              ANTHONY  ST. JOSEPH    on behalf of Defendant    U.S. Dept. of HUD anthony.stjoseph@usdoj.gov,
               mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov
              JOHN A. DIGIAMBERARDINO    on behalf of Debtor Steven S. Bebko jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              JOHN A. DIGIAMBERARDINO     on behalf of Plaintiff Steven S. Bebko jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              JOHN A. DIGIAMBERARDINO     on behalf of Plaintiff Deborah M. Bebko jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              JOHN A. DIGIAMBERARDINO     on behalf of Joint Debtor Deborah M. Bebko jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              JOSEPH JASPER SWARTZ    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              KARINA  VELTER    on behalf of Creditor     WILMINGTON TRUST, NATIONAL ASSOCIATION
               amps@manleydeas.com
              KARINA  VELTER    on behalf of Creditor    Wilmington Trust, National Association
               amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    Fay Servicing, LLC, as Servicer for Wilmington Trust
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Fay Servicing, LLC, as Servicer for Wilmington
               Trust bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 14
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

STEVEN S. BEBKO                                  Chapter 13
DEBORAH M. BEBKO

                       Debtor                    Bankruptcy No. 17-12728-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

     **AND NOW**, this  21st  day of  May , 2019, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

     **ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOHN A DIGIAMBERARDINO
CASE, DIGIAMBERARDINO, & LUTZ PC
845 N PARK RD, SUITE 101
WYOMISSING, PA 19610-

Debtor:
STEVEN S. BEBKO
DEBORAH M. BEBKO
115 E. WALNUT STREET

EPHRATA, PA 17522